# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **ASHLEY MUSE** | **CASE NO. 3:21-CV-02419** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **STATE OF LOUISIANA, ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 14] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 11] filed by Defendants State of Louisiana through the Louisiana Department of Public Safety and Corrections and James LeBlanc is **DENIED.**

MONROE, LOUISIANA, this 14th day of December 2021.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**